ORDER
Mr. Myers’s motion to stay issuance of the mandate pending adjudication of his motion to reopen before the Board of Immigration Appeals (BIA) is GRANTED. See Aguilar-Escobar v. INS, 136 F.3d 1240, 1241 (9th Cir.1998) (staying the mandate until the petitioner’s application before the BIA is disposed of); Alvarez-Ruiz v. INS, 749 F.2d 1314, 1316 (9th Cir.1984) (staying the mandate sixty days to allow time for the petitioner to seek relief from the BIA and for such further time as is required for disposition of the application before the BIA); Kkourassany v. INS, 208 F.3d 1096, 1101 (9th Cir.2000) (staying the mandate ninety days so that the petitioner can file a motion to reopen before the *1179 BIA); Roque-Carranza v. INS, 778 F.2d 1373, 1374 (9th Cir.1985) (staying the mandate sixty days to allow time for the petitioner to file a motion to reopen before the BIA and once filed, staying the mandate for such further time as is necessary for the disposition of the motion by the BIA).
Should the BIA grant the motion to reopen, the mandate will be stayed pending its disposition of the case. Should the BIA deny the motion, the mandate will issue immediately. The parties shall advise this court immediately upon the BIA’s decision.